STATE OF IOWA v. R. B. PRICE, Appellant.

PRACTICE IN SUPREME COURT: ARGUMENT. Where no argument is filed, questions raised by the record will not be considered.

*Appeal from Benton District Court.*—HON. JOHN R. CALDWELL, Judge.

TUESDAY, OCTOBER 8, 1895.

The defendant was convicted of the crime of nuisance, committed by owning and keeping for sale and selling, in a certain building, intoxicating liquors, in violation of law. From the judgment rendered against him he appeals.—*Affirmed.*

*Tom H. Milner* for appellant.

*Milton Remley,* attorney general, for the state.

Robinson, J.—This case is submitted on a transcript of the record and printed abstract, without argument for either party. We have read the papers submitted to us, with care, but do not find any legal questions of importance which have not been determined in other

cases against the claims made by the appellant, in the district court. In the absence of argument, we do not deem it advisable to discuss any question suggested by the record. The evidence to sustain the conviction of the defendant is ample, showing beyond controversy that he was guilty as charged. There does not seem to be any reason for disturbing the judgment of the district court, and it is *affirmed*.